JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA<br><br>    Plaintiff,<br><br>    v.<br><br>ATLANTWHIT, LLC, a California Limited Liability Company;<br>SKECHERS U.S.A., INC., a Delaware Corporation<br><br>    Defendant. | Case: 2:21-cv-01702-RGK-SK<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed without prejudice.

Dated: June 2, 2021

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE